UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BRIAN JONES,                                                      :
:
                      Plaintiff,                          :       22-CV-204 (JMF)
:
      -v-                                                        :       ORDER
:
DISCOVERY, INC., et al.,                                          :
:
                      Defendants.                        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the fact that Defendants have not yet appeared in this case, the initial pretrial conference currently scheduled for April 13, 2022, is hereby ADJOURNED to **April 26, 2022**, at **2:00 p.m.**

      SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                                  _____
                                                      JESSE M. FURMAN
                                            United States District Judge